UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
FABIO LEONARDO SANCHEZ AND              Case No. 11-28097-JKO
MARIA CONCEPCION SANCHEZ
   Debtors
_____/          Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 25TH day of July 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
  Robert Sanchez, Esq., FBN#0442161

Robin R. Weiner, Trustee
ECF Registered User

Bank of America, N.A.                        Bank of America, N.A.
P.O. Box 26012                               c/o Brian Moynihan, CEO
Greensboro, NC 27410                         100 N. Tryon Street
                                             Charlotte, NC 28255

Bank of America Corporation                  Bank of America Corporation
CT Corporation System, R.A.                  Brian T. Moynihan, CEO
1200 South Pine Island Road                  401 N Tryon ST, NC1-021-02-20
Plantation, FL 33324                         Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

Bank Atlantic                                Bank Atlantic
c/o Doquyen T Nguyrn, R.A.                   c/o Jarett S. Levan, CEO
2100 West Cypress Creek Road                 2100 West Cypress Creek Road
Ft. Lauderdale, FL 33309                     Ft. Lauderdale, FL 33309