**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-28097-JKO**

☐    3rd    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐    _____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Fabio Leonardo Sanchez    CO-DEBTOR: Maria Concepcion Sanchez
Last Four Digits of SS# xxx-xx-2929    Last Four Digits of SS# xxx-xx-4466

☐    This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ 622.44    for months  1  to  60 ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID    $2,500.00
                   Balance Due    $ 1,750.00   payable $ 145.84  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months ____ to ____)
                   Arrears Payment $_____/month (Months ____ to ____)
                   Regular Payment $_____/month (Months ____ to ____)

2. _____    Arrears Payment $_____
                   Arrears Payment $_____/month (Months ____ to ____)
                 Regular Payment $_____/month (Months ____ to ____)
                 Arrears Payment $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxxx9399<br>Prop Add: 9760 NW 10th St<br>Pembroke Pines, FL 33024 | Homestead Property<br>$51,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 13,766.47
                                   Payable $ 414.36 /month (Months  1  to  12 )
                                   Payable $ 183.22 / month (Months 13 to 60 )

Unsecured Creditors: Pay $ 376.98 month (Months  13  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Bank Atlantic (Loan#xxxxx9079) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 09/13/11